**RELIANCE NATIONAL LIFE INSUR-ANCE COMPANY, Appellant,**

v.

**Margaret HACKELMAN, Appellee.**

No. 21139.

United States Court of Appeals
Ninth Circuit.

Jan. 25, 1967.

John R. Faust, Jr., Cake, Jaureguy, Hardy, Buttler & McEwen, Portland Or., for appellant.

Rives & Rogers, W. Michael Gillette, Portland, Or., for appellee.

Before CHAMBERS, HAMLEY and MERRILL, Circuit Judges.

* Of the Third Circuit, sitting by designation.

PER CURIAM:

The plaintiff (appellee here) had no proof to spare, but we have concluded that there was an issue of fact which the district court could have decided either way. We affirm the judgment against the defendant (appellant) as not clearly erroneous.